Cite as 2025 Ark. 118

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS CODE REVISION COMMISSION | **Opinion Delivered:** June 5, 2025 |

## PER CURIAM

Effective June 5, 2025, Julie Mullenix of Little Rock, Arkansas, is appointed to the Arkansas Code Revision Commission for an initial four-year term set to expire on June 4, 2029.  The court expresses its appreciation to Ms. Mullenix for her willingness to serve on this important commission.

Effective June 5, 2025, Robert F. Thompson III of Paragould, Arkansas, and Vaughan Hankins of Sherwood, Arkansas, are re-appointed to the Arkansas Code Revision Commission for a new four-year term set to expire on June 4, 2029.  The court expresses its appreciation to Mr. Thompson and Mr. Hankins for their willingness to continue their service on this important commission.

The court expresses its gratitude to outgoing member Camille W. Bennett of Scott, Arkansas, whose term has expired, for her years of valuable service to this commission.